1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7     DAVID JOSEPH CHARLES,                    Case No. 24-cv-07225-TSH

8                  Plaintiff,

9            v.                                **ORDER OF TRANSFER**

10    ATASCADERO STATE HOSPITAL,

11                  Defendant.

12

13           Plaintiff, a patient or parolee housed at Atascadero State Hospital in San Luis Obispo

14    County, California, has filed this *pro se* civil rights action against Atascadero State Hospital,

15    alleging that he has incorrectly been referred to as an inmate; he has not received paper versions of

16    his complaints for months; and years were added to his parole despite his sentencing order stating

17    a "max date" of 11-14-24 with no mention of either parole or probation. *See generally* Dkt. No.

18    1. Venue generally is proper in a judicial district in which: (1) any defendant resides, if all

19    defendants are residents of the state in which the district is located; (2) a substantial part of the

20    events or omissions giving rise to the claim occurred, or a substantial part of property that is the

21    subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction,

22    if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The

23    named defendant is an entity located in San Luis Obispo County. The alleged events took place in

24    San Luis Obispo County. San Luis Obispo County lies within the venue of the Central District of

25    California. *See* 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District of

26    California. *See id.* § 1391(b).

27    //

28    //

United States District Court
Northern District of California

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

2    1406(a), this action be TRANSFERRED to the United States District Court for the Central District

3    of California.  The Clerk is directed to close the case.

4    **IT IS SO ORDERED.**

5

6    Dated:   November 4, 2024

7    _____

8    THOMAS S. HIXSON
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2